MARY A. KRAUS et al., as Executors of MARY MOEST, Appellants, *v.* CONTINENTAL CASUALTY COMPANY, Respondent.

*Moest* v. *Continental Casualty Co.*, 122 App. Div. 897, affirmed.
(Argued November 23, 1909; decided December 7, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 22, 1907, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at an Equity Term in an action to recover upon a policy of accident insurance.

*Ford White* for appellants.

*Walter S. Jenkins* and *Manton Maverick* for respondent.

Judgment affirmed, with costs, on the ground that the action was brought too late; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and CHASE, JJ.

---

JOHN W. DALY, Respondent, *v.* PAUL F. REINELDT et al., Appellants, Impleaded with Others.

*Daly* v. *Reineldt*, 121 App. Div. 918, affirmed.
(Argued November 23, 1909; decided December 7, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 23, 1907, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose a mortgage.

*George M. S. Schulz* and *Louis S. Goebel* for appellants.

*John M. Digney* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and CHASE, JJ.